DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 532P12 | State v. Nicholas Sergakis | 1. Def's Motion for Temporary Stay | 1. Allowed **12/21/12**; Dissolved the Stay **01/24/13** |
| | | 2. Def's Petition for *Writ of Supersedeas* (COA12-336) | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 533P12 | State v. Billy Boyett | 1. State's Motion for Temporary Stay (COA12-222) | 1. Allowed **12/21/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. **Beasley, J., Recused** |
| 535P12 | State v. W.D. Hope | Def's PDR Under N.C.G.S. § 7A-31 (COA12-659) | Denied **Beasley, J., Recused** |
| 536P12 | Russell Jay Heath v. Bryan K. Wells | 1. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **12/27/12** |
| | | 2. Petitioner's *Pro Se* Motion for Appointment of Counsel | 2. Denied **12/27/12** |
| 537P12 | State v. Daniel Foster | Def's PDR Under N.C.G.S. § 7A-31 (COA12-367) | Denied |
| 584P99-5 | State v. Harry James Fowler | 1. Def's *Pro Se* Motion for *De Novo* Review Direct Appeal (COA12-281) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |